## HUBERTZ v. THE STATE.

From the Newton Circuit Court.

*Test & Coburn,* for appellant.

*C. A. Buskirk,* Attorney General, and *R. D. Doyle,* for the State.

PETTIT, C. J.—This appeal was taken on December 31st, 1874, and the transcript was filed in this court September 8th, 1875. The Attorney General has filed a motion to dismiss the appeal, because the transcript was not filed within thirty days after the appeal was taken. This motion must be sustained. 2 G. & H. 426, sec. 151.

The appeal is dismissed, at the costs of the appellant.

Petition for a rehearing overruled.